IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEP 0 8 2003

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> A & E OIL, INC., d/b/a MOBIL, <br><br> Defendant. | Civil Action No. 03C 5833 <br><br> Judge <br><br> Magistrate Judge <br><br> JUDGE HART <br><br> MAGISTRATE JUDGE MASON <br><br> JURY DEMANDED |

[FILED UNDER SEAL]

NOTICE OF CLAIMS INVOLVING TRADEMARKS PURSUANT TO LOCAL RULE 3.4
AND 15 U.S.C. § 1116(c)

Pursuant to the requirements of Local Rule 3.4 of the United States District Court for the Northern District of Illinois, and 15 U.S.C. § 1116(c), Plaintiff Lorillard Tobacco Company files this Notice of its claims involving the following registered trademarks:

- United States Trademark Registration No. 1,108,876 for NEWPORT;

- United States Trademark Registration No. 1,178,413 for Spinnaker Design;

- United States Trademark Registration No. 1,191,816 for NEWPORT and Design;

- United States Trademark Registration No. 1,920,066 for LORILLARD;

- United States Trademark Registration No. 2,600,870 for NEWPORT (stylized).

Respectfully submitted,

_____
John S. Pacocha
Paul A. Haskins
Jeffrey G. Mote
Cameron M. Nelson
Attorneys for Plaintiff
Lorillard Tobacco Company

GREENBERG TRAURIG, P.C.
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
(312) 456-8435 (fax)

Dated: August 15, 2003

\\chl-srv01\200376v01