IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 03C 5833 |
| v. | ) ) | Judge Hart |
| A & E OIL, INC., d/b/a MOBIL, | ) ) | Magistrate Judge Mason |
| Defendant. | ) ) ) ) | |
| | ) ) ) | JURY DEMANDED |

**DOCKETED NOV 2 0 2003**

**FILED NOV 17 2003 MICHAEL W DOBBINS CLERK, U.S. DISTRICT COURT**

## MOTION TO AMEND CASE SCHEDULE

Plaintiff Lorillard Tobacco Company ("Lorillard") moves this Court to amend the case schedule to extend the close of discovery for four (4) weeks. In support of this motion, Lorillard states as follows:

1. This Court previously set the case schedule by Order dated September 18, 2003 with a close of discovery of November 17, 2003.

2. Since that time, Defendant A&E Oil ("Defendant") has not answered Lorillard's First Set of Interrogatories or Lorillard's First Set of Document Requests, despite this Court's order of October 29, 2003 granting Lorillard's Motion to Compel and ordering Defendant to respond to Lorillard's discovery requests by November 10, 2003.

3. Accordingly, through no fault of Lorillard, the parties have not been able to conduct meaningful discovery prior to November 17, 2003. Lorillard therefore requests this Court extend the close of discovery for an additional four (4) weeks, until December 15, 2003, so that Lorillard may further attempt to obtain discovery from Defendant.

4. This is the first request for any extension of the case schedule.

                                        Respectfully submitted,

                                        John S. Pacocha
                                        Cameron M. Nelson
                                        GREENBERG TRAURIG, P.C.
                                        77 West Wacker Drive, Suite 2500
                                        Chicago, Illinois 60601
                                        (312) 456-8400
                                        *Attorneys for Plaintiff*

\\chi-srv01\212594v01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 03C 5833 ) ) Judge Hart ) ) Magistrate Judge Mason |
| v. | ) |
| A & E OIL, INC., d/b/a MOBIL, | ) ) |
| Defendant. | ) ) JURY DEMANDED ) ) |

**DOCKETED NOV 2 0 2003**

**FILED NOV 1 7 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## NOTICE OF MOTION

To: Nancy Nowak Sander
Attorney at Law
8532 School St.
Morton Grove, IL 60053

PLEASE TAKE NOTICE that, on Wednesday, November 26, 2003 at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart or any other judge sitting in his stead, in Room 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the Motion to Amend Case Schedule, a copy of which is attached hereto and hereby served upon you.

Dated: November 17, 2003

LORILLARD TOBACCO COMPANY

By: _____
John S. Pacocha
Paul A. Haskins
Jeffrey Mote
Cameron Nelson
Attorneys for Plaintiff
Lorillard Tobacco Company

Greenberg Traurig, P.C.
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile



## CERTIFICATE OF SERVICE

I, Cameron M. Nelson, certify that on November 17, 2003, a true and correct copy of this **NOTICE OF MOTION** and **MOTION TO AMEND CASE SCHEDULE** was served on each of the following by facsimile and first-class mail:

>Nancy Nowak Sander
>Attorney at Law
>8532 School St.
>Morton Grove, IL 60053

*Cameron M. Nelson*

\\chi-srv01\209062v01