# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 5833 | **DATE** | 2/3/2005 |
| **CASE TITLE** | Lorillard Tobacco Co. vs. A & E Oil, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for enlargement of time to file their answer brief [49] is granted. Plaintiff's motion to freeze assets of defendant A & E Oil, Inc. [47] is granted in part and continued in part to March 23, 2005 at 11:00 a.m.

Docketing to mail notices.

■[ For further details see text below.]

By February 16, 2005, defendants shall produce to plaintiff (a) bank statements, including canceled checks and wire transfer records, for all bank accounts to which A & E Oil, Inc., Thomas Kuruvilla, and Emmanuel Joseph are signatory, from July 2003 to the present, and (2) any and all documents pertaining to the sale of the gas station formerly owned by A & E Oil, Inc. Prior to the March 23, 2005 status hearing, the parties shall attempt to reach agreement as to an asset freeze. If no agreement is reached prior to that date, the parties shall be prepared to advise the court regarding the potential damage award in this case, the sales price for the gas station, net proceeds from the sale, and how the sales proceeds have been used or reinvested.

| | Courtroom Deputy Initials: | cw |
|---|---|---|